[Civ. No. 9663.  First Appellate District, Division One.—May 7, 1935.]

## W. W. BRUCE, Respondent, v. CIVIL SERVICE BOARD OF THE CITY OF OAKLAND et al., Appellants.

F. Bert Fernhoff, City Attorney, and John W. Collier, Deputy City Attorney, for Appellants.

Decoto & St. Sure for Respondent.

THE COURT.—Appeal from the Superior Court of the County of Alameda enjoining examination by Civil Service Board. For the reasons given in the consolidated case (*ante,* p. 633 [45 Pac. (2d) 419]) number 9594 the judgment of the superior court enjoining the holding of the examination. pending the determination of the *mandamus* proceeding is affirmed.